NEW YORK COUNTY.—HON. D. G. ROLLINS, SURRO-
GATE.—June, 1887.

MATTER OF ROUX.

*In the matter of the estate of* ALEXANDER ROUX, *de-
ceased.*

Where a testator's residuary estate is held in trust, and occasion arises for
the appointment of an administrator with the will annexed, the benefi-
ciary of the trust is entitled to letters in preference to the trustee.
Matter of Thompson, 28 *How. Pr.*, 581—followed.

PETITION for letters of administration with the will
of decedent annexed.

COUDERT BROS., *for Alex J. Roux.*

EDMOND HUERSTEL, *for Isabel F. Roux.*

THE SURROGATE.—Section 2643 of the Code of Civil
Procedure declares the order of priority in the issue
of letters of administration, *c. t. a.,* upon a testator's
estate.   Some one of the residuary legatees is entitled
in preference to any other person.   It was decided by
the Supreme court of this State, in Matter of Thomp-
son (33 *Barb.*, 334) that where a testator's residuary
estate is held in trust, and occasion arises for the ap-
pointment of an administrator, *c. t. a.,* the beneficiary
of the trust is entitled to letters in preference to his
trustee.

The decision above cited was affirmed by the Court
of Appeals (28 *How. Pr.*, 581), and must control my

disposition of the question submitted for decision in the case at bar.

I have signed an order directing the issuance of letters to the petitioner, Alexander J. Roux.